UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MARBELLY ORTIZ, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:19-CV-109-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney fees and plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 2, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,650.00.

**This Judgment Filed and Entered on June 2, 2020, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark J.Goldenberg (via CM/ECF Notice of Electronic Filing)

June 2, 2020                                PETER A. MOORE, JR., CLERK

                                                          /s/ Sandra K. Collins
                                                         (By) Sandra K. Collins, Deputy Clerk